# United States District Court

WESTERN DISTRICT OF WASHINGTON

LAURA M. WEED

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE

CASE NUMBER: C09-5337RJB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court **ADOPTS** the Report and Recommendation; and

(2) The administrative decision is **AFFIRMED**.

|  |  |
|---|---|
| March 8, 2010 | BRUCE RIFKIN |
| Date | Clerk |

_s/ Mary Trent_
Deputy Clerk